UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
By: Michael M. Khalil, Esq.
ID # MK 4845
147 Union Ave
Middlesex, NJ 08846
732-302-9600
Attorneys for Debtors

Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALLEN H. SPRAGUE, Sr.
ELIZABETH SPRAGUE

Case No.:  17-35849

Hearing Date:  8/20/2019

Chapter:  13

Judge:  Michael B. Kaplan

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: August 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as ____155 Lawrence Ave North Plainfield, New Jersey 07095____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Bruce C. Truesdale, P.C. and Remax 1st Advantage* |
| Amount to be paid: | $1195 to Bruce C. Truesdale, P.C. and 5% + $100 to Remax 1st Advanta |
| Services rendered: | Bruce C. Truesdale, P.C. - Representation of Seller in transaction, attorney review of contract and preparation of closing documents. |
| | Remax 1st Advantage - Listing of property on MLS, marketing and procurement of buyer for the same.<br>*to be split with cooperating broker. |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_____47,350_____ claimed as exempt may be paid to the Debtor.

6.  The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

The provisions of Fed.R.Bankr.P 8002 are hereby waived.

The provisions of Fed.R.Bankr.P 6004(h) are hereby waived.

The mortgages which are the subject of the proof of claims filed by Bank of America, N.A. (Claims #3 and #8) shall be paid in full at closing from the proceeds of the sale. Bank of America, N.A. shall provide the Debtors with payoffs within seven (7) days of the entry of this Order.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-35849-MBK
Allen H Sprague, Sr.                                            Chapter 13
Elizabeth Sprague
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 27, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db/jdb           +Allen H Sprague, Sr.,   Elizabeth Sprague,   155 Lawrence Ave,
                 North Plainfield, NJ 07063-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Bruce C. Truesdale   on behalf of Joint Debtor Elizabeth  Sprague brucetruesdalepc@gmail.com,
          bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale   on behalf of Debtor Allen H Sprague, Sr. brucetruesdalepc@gmail.com,
          bctpcecf@gmail.com;r49787@notify.bestcase.com
          Michael M Khalil   on behalf of Debtor Allen H Sprague, Sr. mkhalil@atrbklaw.com
          Michael M Khalil   on behalf of Joint Debtor Elizabeth  Sprague mkhalil@atrbklaw.com
          Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor   Towd Point Master Funding Trust 2018-PM27, U.S. Bank
          National Association, as Trustee rsolarz@kmllawgroup.com
          Robert  Davidow   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Sean M. O'Brien   on behalf of Creditor   BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 11