Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35849−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Allen H Sprague Sr.
208 Hamilton Blvd.
Unit B−203
South Plainfield, NJ 07080

Elizabeth Sprague
208 Hamilton Blvd.
Unit B−203
South Plainfield, NJ 07080

Social Security No.:
  xxx−xx−7235                                xxx−xx−8609

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on April 15, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 61 − 59
Order Granting Application to Employ Professional Nicholas S. Homcy as Realtor as (Related Doc # 59). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/14/2020. (kmm)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 15, 2020
JAN: kmm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-35849-MBK
Allen H Sprague, Sr.                                                            Chapter 13
Elizabeth Sprague
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 15, 2020
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
r               +Nicholas Homey,   727 Raritan Road,   Clark, NJ 07066-2229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Bruce C. Truesdale    on behalf of Joint Debtor Elizabeth   Sprague brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Debtor Allen H Sprague, Sr. brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
          Michael M Khalil    on behalf of Debtor Allen H Sprague, Sr. mkhalil@atrbklaw.com
          Michael M Khalil    on behalf of Joint Debtor Elizabeth   Sprague mkhalil@atrbklaw.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12