UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Bruce C. Truesdale, P.C.
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
by: Bruce C. Truesdale, Esq. (BT 0928)
Attorney for Debtor

Order Filed on April 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
ALLEN SPRAGUE
ELIZABETH SPRAGUE

Case No.: 17-35849
Chapter: 13
Judge: MBK

## ORDER AUTHORIZING RETENTION OF

The relief set forth on the following page is **ORDERED**.

**DATED: April 14, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Nicholas S. Homey_____
as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 727 Raritan Rd. Clark, NJ 07206

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. ~~The effective date of retention is the date the application was filed with the Court.~~
   The retention is effective as of the date of the order of relief in this instant case.

rev.8/1/15

2

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                     Case No. 17-35849-MBK
Allen H Sprague, Sr.                                       Chapter 13
Elizabeth Sprague
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Apr 15, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db/jdb         +Allen H Sprague, Sr.,    Elizabeth Sprague,    208 Hamilton Blvd.,    Unit B-203,
                 South Plainfield, NJ 07080-3434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Bruce C. Truesdale    on behalf of Joint Debtor Elizabeth  Sprague brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Allen H Sprague, Sr. brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Michael M Khalil    on behalf of Debtor Allen H Sprague, Sr. mkhalil@atrbklaw.com
              Michael M Khalil    on behalf of Joint Debtor Elizabeth  Sprague mkhalil@atrbklaw.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Master Funding Trust 2018-PM27, U.S. Bank
               National Association, as Trustee rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12