Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–35849–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Allen H Sprague Sr.                          Elizabeth Sprague
208 Hamilton Blvd.                           208 Hamilton Blvd.
Unit B–203                                   Unit B–203
South Plainfield, NJ 07080                   South Plainfield, NJ 07080

Social Security No.:
xxx–xx–7235                                  xxx–xx–8609

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 15, 2021</u>                <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court